**08CR 482** *Felony*

③ JUDGE ANDERSEN

MAGISTRATE JUDGE KEYS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ...... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ........... (II)
   ☐ Postal Fraud ............ (II)
   X Other Fraud ............ (III)
   ☐ Auto Theft ............ (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery .............. (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana .......... (III)
   ☐ DAPCA Narcotics ........... (III)

   ☐ DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses ....(IV)
   ☐ Imigration Laws  (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws .............. (IV)
   ☐ Motor Carrier Act ............... (IV)
   ☐ Selective Service Act ........... (IV)
   ☐ Obscene Mail  .................(III)
   ☐ Other Federal Statutes .......... (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    Title 18, United States Code, Section 1343

    _____
    Assistant United States Attorney

**FILED**
JUN 1 8 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Revised 12/99)