## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 482 | **DATE** | 7/10/2008 |
| **CASE TITLE** | United States of America vs. Anthony Matthews | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant is informed of his rights.  Defendant enters a plea of guilty as to count one (1).  Court enters judgment on the plea.  Order cause referred to the probation office for presentence investigation.  Sentencing set for 10/2/2008 @ 10:30 a.m.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | TSA |
|---|---|---|